

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

March 14, 2006



Mr. Patrick E. Duffy
Clerk
United States District Court
Post Office Box 8537
Missoula, MT 59807-8537

**COPY**

**RECEIVED**

MAR 2 0 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

RE: U.S.A. vs. Steven Quinn
Case No: 06cr145-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

| | |
|---|---|
| (x) Docket Sheet | ( )Temporary Commitment |
| (x) Affidavit in Removal Proceedings | ( ) Final Commitment |
| ( ) Financial Affidavit | (x) Order of Removal |
| (x) Order appointing counsel | (x) Order setting conditions of release |
| ( ) CJA 20 Form | ( ) Detention Order |
| (x) Appearance form | (x) Appearance Bond |
| ( ) Other | ( ) Pretrial Release Order |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

March 14, 2006

Mr. Patrick E. Duffy
Clerk
United States District Court
Post Office Box 8537
Missoula, MT 59807-8537

              RE: U.S.A. vs. Steven Quinn
              Case No: 06cr145-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

| | |
|---|---|
| (x) Docket Sheet | ( )Temporary Commitment |
| (x) Affidavit in Removal Proceedings | ( ) Final Commitment |
| ( ) Financial Affidavit | (x) Order of Removal |
| (x) Order appointing counsel | (x) Order setting conditions of release |
| ( ) CJA 20 Form | ( ) Detention Order |
| (x) Appearance form | (x) Appearance Bond |
| ( ) Other | ( ) Pretrial Release Order |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

              Sincerely yours,

              MICHAEL W. DOBBINS, CLERK

              By:
              Ellenore Duff, Deputy Clerk

CLOSED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:06-cr-00145-ALL
## Internal Use Only

Case title: USA v. Quinn                     Date Filed: 02/28/2006

Assigned to: Honorable Morton Denlow

### Defendant

**Steven Quinn** (1)                 represented by **Rosalie Jane Lindsay**
*TERMINATED: 03/02/2006*                          Federal Defender Program
                                                  55 East Monroe Street
                                                  Suite 2800
                                                  Chicago, IL 60603
                                                  (312) 621-8300
                                                  Email: rose_lindsay@fd.org
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Public Defender or*
                                                  *Community Defender Appointment*

### Pending Counts                          **Disposition**

None

### Highest Offense Level (Opening)

None

### Terminated Counts                       **Disposition**

None

### Highest Offense Level (Terminated)

None

### Complaints                              **Disposition**

18:2231A.F Assault or resistance of
persons with search warrant

## Plaintiff

**USA**                                represented by **AUSA**
United States Attorney's Office, NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Clay M. West**
United States Attorney's Office, NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312)353-0951
Fax: (312)353-4322
Email: clay.m.west@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2006 | ◐1 | RULE 40 AFFIDAVIT signed by Judge Morton Denlow as to Steven Quinn (1) (yap, ) (Entered: 03/02/2006) |
| 02/28/2006 | ◐ | ARREST of defendant Steven Quinn (yap, ) (Entered: 03/02/2006) |
| 02/28/2006 | ◐2 | MINUTE entry before Judge Morton Denlow as to Steven Quinn: Removal proceedings held. Defendant appears in response to arrest on 2/28/06. Defendant informed of rights. Enter order appointing Rose Lindsay to represent defendant. Defendant waives his right to an identity hearing. Defendant to remain in custody pending detention hearing set for 3/2/06 at 2:00 p.m. Defendant is to be seen by a physician at the Metropolitan Correctional Center to confirm his need for medication. Added attorney Rosalie Jane Lindsay for Steven Quinn. Mailed notice (yap, ) (Entered: 03/02/2006) |
| 02/28/2006 | ◐3 | ORDER Appointing Counsel Rosalie Jane Lindsay for Steven Quinn Signed by Judge Morton Denlow on 2/28/06. (yap, ) (Entered: 03/02/2006) |
| 02/28/2006 | ◐4 | ATTORNEY Appearance for defendant Steven Quinn by Rosalie Jane Lindsay (yap, ) (Entered: 03/02/2006) |

| 03/02/2006 | ◐ | ORAL MOTION by USA to stay as to Steven Quinn (yap, ) (Entered: 03/08/2006) |
| 03/02/2006 | ◐5 | MINUTE entry before Judge Morton Denlow as to Steven Quinn: Detention hearing held. Government's oral motion for a stay [] is denied. Mailed notice (yap, ) (Entered: 03/08/2006) |
| 03/02/2006 | ◐6 | MINUTE entry before Judge Morton Denlow : Defendant ordered removed to the District of Montana, Bilings, for further proceedings. Case terminated, (Terminated defendant Steven Quinn). Mailed notice (emd, ) (Entered: 03/08/2006) |
| 03/02/2006 | ◐7 | ORDER Setting Conditions of Release as to Steven Quinn (1) $25,000.00 own recognizance (For further details see order)(Redacted Image) Signed by Judge Morton Denlow on 3/2/06. (pmp, ) (Entered: 03/08/2006) |
| 03/02/2006 | ◐8 | OWN recognizance Bond as to Steven Quinn in amount of $25,000.00 (Redacted Image) (pmp, ) (Entered: 03/08/2006) |
| 03/14/2006 | ◐ | CERTIFIED and Transmitted to USDC Missoula, MT the complete record consisting of cover letter, complete case file and certified copy of docket entries by certified mail no. 7004 2890 0000 5010 0488 as to Steven Quinn. (emd, ) (Entered: 03/14/2006) |

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By

DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: 3/14/06

# UNITED STATES DISTRICT COURT

### FOR THE

**DOCKETED**
**MAR  NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**-2 2006**

**MAGISTRATE JUDGE DENLOW**

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA          )

NORTHERN DISTRICT OF ILLINOIS     )     CASE NUMBER:_____

**06CR0145**

The undersigned Affiant personally appeared before _Morton Denlow_ , a United States

Magistrate Judge, and being duly sworn on oath, states:  That at _Billings_ , _Montana_ , one

_Steven Quinn_ was charged with the violation of Sections _2422(a), 2422(b), and 2423(a)_ of the

United States Code, Title _18_ , and Sections _223(a)(1)(C) and (a)(1)(E)_ of the United States

Code, Title _42_ , for the offenses of _coercion and enticement, transportation of a minor, and_

_violation of the Communications Decency Act_ , and that on the basis of Affiant's investigation

and information received concerning the case through official channels, does hereby certify that a

_Magistrate Judge_  Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_Neil Wheeler_
Neil Wheeler
Special Agent, FBI

Subscribed and sworn to before me this
_28 th_ day of _February_ , 2006.

_Morton Denlow_
Hon. Morton Denlow
United States Magistrate Judge

**FILED**

FEB 2 8 2006

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Clay M. West
Assistant United States Attorney

Bond set [or recommended] by issuing Court at _____None_____

# United States District Court

## DISTRICT OF MONTANA, BUTTE DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

CASE NUMBER: CR-06-01-BU-DWM

STEVEN QUINN
4414 Newcastle Ave.
Harwood Heights, IL

TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest STEVEN QUINN and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Coercion and Enticement; Transportation of a Minor; Violation of the Communications Decency Act in violation of Title 18, 42 United States Code, Section2422(a), 2422(b), 2423(a), 223(a)(1)(C), 223(a)(1)(E).

Assigned to: Marcia Hurd

*Terri Devitt*

Terri Devitt, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE RICHARD W. ANDERSON
Billings, Montana

**BAIL FIXED AT None**

Date of Issue: January 19, 2006

| RETURN | |
|---|---|
| DATE RECEIVED: | LOCATION: |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: | DWIGHT MACKAY UNITED STATES MARSHAL |
| LOCATION: | |
| BY: Deputy U.S. Marshal | |

SCANNED

**MARCIA HURD**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 1478**
**Billings, MT 59103**
**2929 Third Ave. North, Suite 400**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS, MT

2006 JAN 19  AM 11 22

PATRICK E. DUFFY, CLERK
BY _T. DeWitt_
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           **Plaintiff,**<br><br>    **vs.**<br><br>**STEVEN QUINN,**<br><br>           **Defendant.** | **CR 06-** O1 **-BU-** DWM<br><br>**INDICTMENT**<br><br>**COERCION & ENTICEMENT (Count I)**<br>**Title 18 U.S.C. § 2422(a)**<br>**(Penalty: Twenty years imprisonment,**<br>**$250,000 fine, and lifetime supervised release)**<br><br>**COERCION & ENTICEMENT (Count II)**<br>**Title 18 U.S.C. § 2422(b)**<br>**(Penalty: Mandatory minimum five to twenty**<br>**years imprisonment, $250,000 fine, and**<br>**lifetime supervised release)** |

**TRANSPORTATION OF A MINOR (Count III)**
**Title 18 U.S.C. § 2423(a)**
**(Penalty: Mandatory minimum five to twenty years imprisonment, $250,000 fine, and lifetime supervised release)**

**VIOLATION OF THE COMMUNICATIONS DECENCY ACT (Counts IV, V)**
**Title 42 U.S.C. §§ 223(a)(1)(C), (a)1(E)**
**(Penalty: Two years imprisonment, $250,000 fine, and one year supervised release)**

THE GRAND JURY CHARGES:

## COUNT I

That from in or about June of 2003 and continuing thereafter until in or about

December of 2004, in Park County, in the State and District of Montana, and other

places, including the States of Illinois and Wisconsin, the defendant, STEVEN QUINN,

knowingly persuaded, induced, enticed, or coerced any individual to travel in interstate

or foreign commerce, to engage in sexual activity for which any person can be charged

with a criminal offense, namely Wis. Stats. Sec. 948-09, in violation of 18 U.S.C. §

2422(a).

## COUNT II

That from in or about June of 2003 and continuing thereafter until in or about

December of 2004, in Park County, in the State and District of Montana, and other

places, including the States of Illinois and Wisconsin, the defendant, STEVEN QUINN,

used any facility or means of interstate commerce to knowingly persuade, induce,

entice or coerce any individual who had not attained the age of 18 years to engage in

any sexual activity for which any person can be charged with a criminal offense, namely

Wis. Stats. Sec. 948-09, in violation of 18 U.S.C. § 2422(b).

COUNT III

That from in or about June of 2003 and continuing thereafter until in or about

December of 2004, in Park County, in the State and District of Montana, and other

places, including the States of Illinois and Wisconsin, the defendant, STEVEN QUINN,

knowingly transported an individual who had not attained the age of 18 years in

interstate or foreign commerce, with intent that the individual engage in any sexual

activity for which any person can be charged with a criminal offense, namely Wis. Stats.

Sec. 948-09, in violation of 18 U.S.C. § 2423(a).

COUNT IV

That on or about May 6, 2005, in Park County, in the State and District of

Montana, the defendant, STEVEN QUINN, made a telephone call, or utilized a

telecommunications device, whether or not conversation or communication ensued,

without disclosing his identity and with intent to annoy, abuse, threaten, or harass any

person at the called number or who receives the communications, in violation of 42

U.S.C. § 223(a)(1)(C).

COUNT V

That on or about May 2005 through July 2005, in Park County, in the State and

District of Montana, the defendant, STEVEN QUINN, made repeated telephone calls, or

repeatedly initiated communication with a telecommunications device, during which

conversation or communication ensued, solely to harass any person at the called

number or who received the communications, in violation of 42 U.S.C. § 223(a)(1)(E).

N:\Offdo\t\chind\criminal\filings_Jan.2006\records.quinn.wpd                     3

A TRUE BILL.

_____
**FOREPERSON**

_____
**WILLIAM W. MERCER**
United States Attorney

_____
**CARL E. ROSTAD**
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant _____
Bail _____

Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 145 - 1 | **DATE** | 2/28/2006 |
| **CASE TITLE** | USA vs. Steven Quinn | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 2/28/06. Defendant informed of rights. Enter order appointing Rose Lindsay to represent defendant. Defendant waives his right to an identity hearing. Defendant to remain in custody pending detention hearing set for 3/2/06 at 2:00 p.m. Defendant is to be seen by a physician at the Metropolitan Correctional Center to confirm his need for medication.

■ [ For further detail see separate order(s).]

00:15

U.S. DISTRICT COURT
CLERK

2006 FEB 28 PM 5: 55

FILED-EDI

| | Courtroom Deputy Initials: | DK |
|---|---|---|

# United States District Court

### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. )
)
STEVEN QUINN )       NO. O6 CR 145
)
_____ )
)
)

### ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

ENTER:

DATE: 2/28/06

Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)

## UNITED STATES DISTRICT COURT  F I L E D
### NORTHERN DISTRICT OF ILLINOIS

FEB 28 2006

In the Matter of

USA v QUINN

Case Number: 06 CR 145

MAGISTRATE JUDGE
MORTON DENLOW

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

STEVEN QUINN

| (A) | | | (B) | | |
|---|---|---|---|---|---|
| SIGNATURE | | | SIGNATURE | | |
| NAME  Rose Lindsay | | | NAME | | |
| FIRM  FEDERAL DEFENDER PROGRAM | | | FIRM | | |
| STREET ADDRESS  55 E. MONROE STREET #2800 | | | STREET ADDRESS | | |
| CITY/STATE/ZIP  CHICAGO, ILLINOIS  60603 | | | CITY/STATE/ZIP | | |
| TELEPHONE NUMBER  312 621-8300 | | | TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☒ | NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☒ | NO ☐ | TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |
| (C) | | | (D) | | |
| SIGNATURE | | | SIGNATURE | | |
| NAME | | | NAME | | |
| FIRM | | | FIRM | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY/STATE/ZIP | | | CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | | | TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 145 - 1 | **DATE** | 3/2/2006 |
| **CASE TITLE** | USA vs. Steven Quinn |||

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for a stay is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | | Courtroom Deputy Initials: | SM |
|---|---|---|---|

,49

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 145 - 1 | **DATE** | 3/2/2006 |
| **CASE TITLE** | USA vs. Steven Quinn | | |

**DOCKET ENTRY TEXT**

Defendant ordered removed to the District of Montana, Billings, for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DK |
|---|---|---|

# United States District Court

**DOCKETED**
MAR 0 8 2006

NORTHERN _____ **DISTRICT OF** ___ ILLINOIS _____

UNITED STATES OF AMERICA

v.

**ORDER SETTING CONDITIONS
OF RELEASE**

_____Steven Quinn_____
Defendant

Case Number: $06\ CR\ 145$

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)_____
                                                                                                    Place

_____ on _____
                                                                Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✔ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____Twenty five thousand_____ dollars ($ 25,000 )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Cosigned by: Paula Quinn:   Steve Quinn

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHAL
*U.S. GPO: 2003-548-286/80356

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

(Name of person or organization) PAULA QUINN

(Address) 4414 N. Newcastle Ave.

(City and state) HARWOOD HEIGHTS IL 60706 (Tel. No.) (708) 867-7689

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____ Custodian or Proxy   3/2/2006 Date

( ) (7) The defendant shall:

( ) (a) report to the Pretrial Services.

telephone number _____, not later than _____.

( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____.

( ) (d) execute a bail bond with solvent sureties in the amount of $_____.

( ) (e) maintain or actively seek employment.

( ) (f) maintain or commence an education program.

(✓) (g) surrender any passport to: pretrial Services

(✓) (h) obtain no passport.

(✓) (i) abide by the following restrictions on personal association, place of abode, or travel: N.D. Illinois + Court related travel to D. Montana

(✓) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: R.V. the victim, or any of his relatives

( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows:_____

( ) (l) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s):_____

( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

(✓) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

(✓) (o) refrain from ( ) any ( ✓ excessive use of alcohol.

(✓) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(✓) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

(✓) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.

(✓) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which (✓ will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

( )(i) **Curfew**. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or

( )(ii) **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

(✓)(iii) **Home Incarceration**. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services or supervising officer.

( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(✓) (v) no unsupervised contact with persons under the age of 18, excluding his children

(✓) (w) No computer Use.

( ) (x) _____

## Advice of Penalties and Sanctions

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

44114 N. NewCasTle Ave
Address

Hurwood Hgts, IL.     708-867-7689
City and State                     Telephone

## Directions to United States Marshal

( X ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: ___March 2, 2005___

_____
Signature of Judicial Officer

U.S. Magestrate Judge
Name and Title of Judicial Officer

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

F I L E D

MAR 02 2006

UNITED STATES OF AMERICA

**APPEARANCE BOND FOR**

vs.

Steven Quinn

Case No. 06 CR 145-1

MAGISTRATE JUDGE
MORTON DENLOW

DOCKETED
MAR 0 8 2006

I, the undersigned, acknowledge that I am bound to pay to the United States of America the sum of _Twenty-five thousand_ dollars ($25,000.00 ), **OWN RECOGNIZANCE.** _unsecured._

_Co-signed by wife_

The conditions of this bond are that I will appear before the United States District Court for the Northern District of Illinois at Chicago, Illinois, and at such other places as I may be required to appear, in accordance with any and all orders and directions relating to my appearance in the above-entitled matter as may be given or issued by a Magistrate Judge or Judge of the United States District Court to which I may be removed or the Cause transferred; I am not to depart the Northern District of Illinois, or the jurisdiction of any other United States Court to which I may be removed or transferred after I have appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate Judge or the United States District Court for the Northern District of Illinois or the United States District Court for such other district: That I am to abide by any judgment entered in such matter by surrendering myself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the Court imposing it may prescribe.

If I appear as ordered and otherwise obey and perform the foregoing conditions of this bond, then this bond is to be void; but if I fail to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court against me for the amount stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

I agree and understand that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as I am duly exonerated.

This bond is signed on this _2nd_ day of _March 2006_ at Chicago, Illinois.

_____
Signature of Defendant

Signed and acknowledged before me this _2nd_ day of _March_, 19_2006_

_____
Magistrate Judge                    Deputy Clerk

**PLEASE PRINT**
## DEFENDANT INFORMATION

Name: _Steve Quinn_

Address: _4414 N. Newcastle_

City and State: _Harwood Hgts, IL_

Phone: _(708) 867-7689_

(Individual Who Can Contact Defendant)

Name: _Debbie Quinn_

Address: _6541 N. Nova_

Phone: _(773) 631-2770_

(Revised 11/92)

name ~~Sue Quinn~~ PAULA Quinn

address 4414 N. Newcastle Ave.

city, State, Zip Code Harwood Hts., IL 60706

Telephone (708) 867-7689