JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
P.O. Box 9380
Missoula, MT 59807
Phone: (406) 721-6749

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN QUINN,<br><br>Defendant. | Crim No. CR-06-01-BU-DWM<br><br>**MOTION TO SUPPRESS<br>INTERROGATION<br>OF STEVEN QUINN** |

STEVEN QUINN, the above-named Defendant, by and through his counsel of record, JOHN

RHODES and the FEDERAL DEFENDERS OF MONTANA, moves the Court to exclude testimony

resulting from the FBI's interrogation of Mr. Quinn because the FBI failed to electronically record

the conversation. As the Court is aware, the potential abuse inherent in law enforcement's refusal

to record interrogations of suspects has received much media and public attention during the last

several years. *See, e.g.*, http://www.nacdl.org/sl_docs.nsf/issues/DE80572E3333DF8E8525703

800599B67?OpenDocument. As the Court is also aware, the Ninth Circuit does not require that

interrogations be recorded in order for law enforcement to testify to the defendant's alleged

comments.   See *United States v. Coades*, 549 F.2d 1303, 1305 (9th Cir. 1977).   Given this

controlling authority, Mr. Quinn urges the Court to at least instruct the fact-finder to consider with

distrust any FBI testimony about what Mr. Quinn allegedly said during his interrogation.

AUSA Marcia Hurd confirms that the government opposes this motion.

DATED this 8th day of May, 2006.

STEVEN QUINN

By: */s/ John Rhodes*
JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
P.O. Box 9380
Missoula, MT 59807-9380
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on May 8, 2006, a copy of the foregoing document was served on the

following persons by the following means:

 1,2    CM-ECF

___    Hand Delivery

 3    Mail

____    Overnight Delivery Service

____    Fax

____    E-Mail

1.    CLERK, UNITED STATES DISTRICT COURT

2.    MARCIA HURD
    Assistant United States Attorney
    P.O. Box 1478
    Billings, MT 59103
        Counsel for the United States of America

3.    STEVE QUINN
    4414 N. Newcastle Avenue
    Harwood Heights, IL 60706
        Defendant


                                    /s/ Melissa Haab
                                    FEDERAL DEFENDERS OF MONTANA