JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
P.O. Box 9380
Missoula, MT 59807
Phone: (406) 721-6749

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN QUINN,<br><br>Defendant. | Crim No. CR-06-01-BU-DWM<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Defendant STEVEN QUINN hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment filed and entered on September 29, 2006. This Appeal is from the sentence only.

DATED this 6th day of October, 2006.

                                    STEVEN QUINN

                        By: */s/ John Rhodes*
                              JOHN RHODES
                              Assistant Federal Defender
                              Federal Defenders of Montana
                              P.O. Box 9380
                              Missoula, MT 59807-9380
                                  Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on October 6, 2006, a copy of the foregoing document was served on the following persons by the following means:

<u>1,2</u>    CM-ECF

<u>    </u>    Hand Delivery

<u> 3 </u>    Mail

<u>    </u>    Overnight Delivery Service

<u>    </u>    Fax

<u>    </u>    E-Mail

1.  CLERK, UNITED STATES DISTRICT COURT

2.  MARCIA HURD
    Assistant United States Attorney
    P.O. Box 1478
    Billings, MT 59103
        Counsel for the United States of America

3.  STEVE QUINN
    c/o Missoula County Regional Detention Facility
    2340 Mullan Road
    Missoula, MT 59808
        Defendant

                                          */s/ John Rhodes*
                                          FEDERAL DEFENDERS OF MONTANA